IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ISAAC WILSON, JR.                                                                                    PLAINTIFF
ADC #79592

V.                                            5:14CV00248 SWW/HDY

ARKANSAS DEPARTMENT
OF CORRECTION                                                                                                    DEFENDANT

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the relevant record, see 28 U.S.C. § 636(b)(1)(C), the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The claims of the Doe Plaintiffs are DISMISSED WITHOUT PREJUDICE, and the Does are terminated as party Plaintiffs.

2. Plaintiff's claims against the Arkansas Department of Correction and the State of Arkansas are DISMISSED WITH PREJUDICE, and the Arkansas Department of Correction and State of Arkansas are removed as party Defendants.

DATED this 21st day of August, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE