**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES ISAAC WILSON, JR.                                                                                       PLAINTIFF
ADC #79592

V.                                           5:14CV00248 SWW/HDY

ARKANSAS DEPARTMENT
OF CORRECTION                                                                                                        DEFENDANT

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the relevant record in this case, see 28 U.S.C. § 636(b)(1)(C), the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motions for preliminary injunctive relief (docket entries #1, #8, & #24) are DENIED.

DATED this 9th day of October, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE