# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CHARLES ISAAC WILSON, JR.            PLAINTIFF
ADC #79592

V.            5:14CV00248 SWW

ARKANSAS DEPARTMENT
OF CORRECTION *et al*            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed.[1] After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motions for summary judgment (Doc. Nos. 70 & 80) are GRANTED, and plaintiff's complaint is DISMISSED WITH PREJUDICE.

2. The Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order or any judgment entered hereunder, would not be taken in good faith.

DATED this 21st day of April, 2016.

           /s/Susan Webber Wright
           UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff did, however, file a motion (and supplement thereto) to amend his complaint [doc.#'s 90, 91]. Plaintiff's motion to amend is denied. Rather, plaintiff may file a new action concerning the actions of which he complains in his motion to amend if he so desires (although the Court expresses no opinion on the merits of any such action). Plaintiff's motion [doc.#92] for the Court to contact him and advise him as to what to do in light of the legal developments in his case is denied.